

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2016

No. 04-15-00773-CV

**AECOM USA, INC**. and TCB, Inc.,
Appellants

v.

Jose Maria **MATA** Individually and as next friend of Monica Gabriel Mata and on behalf of the
Estate of Martha Alicia Jimenez-Mata, Juan Gil Mata Individually and as next friend of Juan
Gilardo Mata, Gilberto Mata, Jose M. Mata Jimenez and Saira Moreno,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 14-09-30070-MCV
Honorable Cynthia L. Muniz, Judge Presiding

# O R D E R

The appellee's unopposed motion for extension of time to file brief is hereby
GRANTED. Time is extended to May 30, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 12th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court